UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-6637-CAS(CTx) | Date | October 27, 2010 |
|---|---|---|---|
| Title | *CHANEL, INC.; ET AL. v. JENNIFER SPECTOR, ETC.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) - ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **November 12, 2010** why this action should not be dismissed for lack of prosecution **as to defendants JENNIFER SPECTOR aka JENNIFER HELLER; JANITH MARIA NEVEN, individually and jointly dba OCILEGAL aka JAN NEVEU dba GREATDEALS-ONSTUFF dba 2FORSPECS dba HANDBAGMUSTHAVES.COM dba FAB-BAGS dba OCI dba HANDBAGSROCK.COM dba FAB-BAGS.COM; and OCCUPATIONAL CONCEPTS, INC. dba OCILEGAL dba GREATDEALS-ONSTUFF dba 2FORSPECS dba HANDBAGMUSTHAVES.COM dba FAB-BAGS dba OCI dba HANDBAGSROCK.COM dba FAB-BAGS.COM**.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

**1)**     A proof of service of summons and complaint on these **defendants**

on or before the above date, as a satisfactory response to the Order to Show Cause.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |