1  Kevin R. Lussier (State Bar No. 143821)                    JS-6
   BERRY & LUSSIER
2  A Professional Corporation
   1901 Avenue of the Stars, Suite 1060
3  Los Angeles, California  90067
   Telephone:   (310) 557-8989
4  Facsimile:    (310) 788-0080
   E-mail: klussier@bandlpc.com
5
   Attorneys for Plaintiff, Chanel, Inc.
6

7

8              THE UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10  CHANEL, INC., et al.                )    Case No.  CV 09-6637 CAS (CTx)
                                        )
11            Plaintiffs,               )    **STIPULATED CONSENT FINAL**
                                        )    **JUDGMENT AND PERMANENT**
12        v.                            )    **INJUNCTION**
                                        )
13  JENNIFER SPECTOR a/k/a              )    **Complaint filed: September 11,**
    JENNIFER HELLER, et al.             )    **2009**
14                                      )
            Defendants.                 )
15                                      )
                                        )
16                                      )
                                        )
17                                      )
                                        )
18

19        Plaintiffs, Chanel, Inc., a New York corporation ("Chanel") and Gucci

20  America, Inc., a New York corporation ("Gucci"), Balenciaga Corporation France,

21  a foreign business entity ("Balenciaga"), Bottega Veneta International, S.A.R.L., a

22  foreign business entity ("Bottega"), and Yves Saint Laurent America, Inc., a New

23  York corporation ("YSL") (collectively the "Plaintiffs"), and the Defendants,

24  Jennifer Spector a/k/a Jennifer Heller ("Spector") and Janith Maria Neveu a/k/a Jan

25  Neveu ("Neveu"), individually and jointly, d/b/a 2forspecs  d/b/a Fab-bags.com

26  d/b/a Handbagmusthaves.com d/b/a Handbagsrock.com d/b/a Greatdeals-Onstuff

    d/b/a OCI d/b/a OCI Legal and Occupational Concepts, Inc., a California

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

1    corporation d/b/a 2forspecs  d/b/a Fab-bags.com d/b/a Handbagmusthaves.com

2    d/b/a Handbagsrock.com d/b/a Greatdeals-Onstuff  d/b/a OCI d/b/a OCI Legal

3    ("Occupational Concepts")(collectively the "Fab-bag Defendants") stipulate and

4    consent to the following:

5         WHEREAS, the Fab-bag Defendants are alleged to have adopted and began

6    using trademarks in the United States which infringe and dilute the distinctive

7    quality of Chanel's registered trademarks: 𝕏 , ☒ , 𝕏 , ℂ , and CHANEL

8    (collectively the "Chanel Marks"), GG MONOGRAM, GUCCI and HALF

9    HORSEBIT Design (collectively the "GUCCI Marks"), BALENCIAGA and

10   PURSE DESIGN (collectively the "Balenciaga Marks"), BOTTEGA VENETA (the

11   "Bottega Mark"), and YvesSaintLaurent , YVES SAINT LAURENT, YSL, and 𝓛

12   (collectively the "YSL Marks") (collectively the "Plaintiffs' Respective Marks");

13        WHEREAS, the Fab-bag Defendants' use of names, or marks which are

14   identical to, or substantially indistinguishable from the Plaintiffs' Respective Marks

15   is likely to cause confusion as to the source or origin of the Fab-bag Defendants'

16   products, and will further dilute the distinctive quality of the Plaintiffs' Respective

17   Marks;

18        WHEREAS, the Fab-bag Defendants stipulate to the transfer to Plaintiffs all

19   ownership and rights in the domain names HandbagMustHaves.com and

20   HandbagsRock.com (the "Subject Domain Names").   The Fab-bag Defendants will

21   assist Plaintiffs as necessary and empower them to act on their behalf with

22   registrars to complete the transfer and/or shutdown of the Subject Domain Names;

23   and

24        WHEREAS, based upon each Plaintiff's good faith prior use of their

25   Respective Marks, the Plaintiffs have superior rights and exclusive rights in and to

26   the Plaintiffs' Respective Marks in the United States and any confusingly similar

     names or marks.

          It is therefore ORDERED, ADJUDGED AND DECREED as follows:

**STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

1    1.    The Fab-bag Defendants, their respective officers, agents, servants,

2  employees, and all persons in active concert and participation with them are hereby

3  permanently restrained and enjoined from intentionally and/or knowingly:

4        A.    manufacturing or causing to be manufactured, importing,

5  advertising, or promoting, distributing, selling or offering to sell counterfeit and

6  infringing goods bearing the Plaintiffs' Respective Marks;

7        B.    using the Plaintiffs' Respective Marks in connection with the

8  sale of any unauthorized goods;

9        C.    using any logo and/or layout which may be calculated to falsely

10  advertise the services or products of the Fab-bag Defendants as being sponsored by,

11  authorized by, endorsed by, or in any way associated with the Plaintiffs;

12        D.    falsely representing themselves as being connected with the

13  Plaintiffs, through sponsorship or association;

14        E.    engaging in any act which is likely to falsely cause members of

15  the trade and/or of the purchasing public to believe any goods or services of the

16  Fab-bag Defendants, are in any way endorsed by, approved by and/or associated

17  with the Plaintiffs;

18        F.    using any reproduction, counterfeit, copy, or colorable imitation

19  of the Plaintiffs' Respective Marks in connection with the publicity, promotion,

20  sale, or advertising of any goods sold by the Fab-bag Defendants, including,

21  without limitation, handbags, wallets, shoes and other goods;

22        G.    affixing, applying, annexing or using in connection with the sale

23  of any goods, a false description or representation, including, words or other

24  symbols tending to falsely describe or represent the Fab-bag Defendants' goods as

25  being those of the Plaintiffs, or in any way endorsed by the Plaintiffs;

26        H.    offering such goods in commerce; and from otherwise unfairly

competing with the Plaintiffs;

        I.    secreting, destroying, altering, removing, or otherwise dealing

STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

1   with the unauthorized products or any books or records which contain any

2   information relating to the importing, manufacturing, producing, distributing,

3   circulating, selling, marketing, offering for sale, advertising, promoting, renting or

4   displaying of all unauthorized products which infringe the Plaintiffs' Respective

5   Marks; and

6            J.      effecting assignments or transfers, forming new entities or

7   associations or utilizing any other device for the purpose of circumventing or

8   otherwise avoiding the prohibitions set for in subparagraphs (A) through (I).

9        2.      Plaintiffs shall have the right to seek sanctions for contempt,

10  compensatory damages, injunctive relief, attorney's fees, costs and any other relief

11  deemed proper in the event of a violation or failure by the Fab-bag Defendants to

12  comply with any of the provisions hereof.

13       3.      This cause between the Plaintiffs and the Fab-bag Defendants is

14  hereby dismissed, with prejudice, subject to the terms of the Settlement Agreement

15  between the parties.

16       4.      The parties' respective attorney's fees and costs incurred in connection

17  with this action shall be borne as per the agreement of the individual parties of their

18  Settlement Agreement.

19       5.      The Subject Domain Names are hereby immediately transferred to

20  Plaintiffs with all ownership, right, title and interest in and to all of the Subject

21  Domain Names.   The Fab-bag Defendants will assist Plaintiffs as necessary to

22  complete the immediate transfer of the Subject Domain Names by unlocking the

23  Subject Domain Names to be transferred with the current registrar and provide the

24  Authorization Code (EPP code) for those domain names to Plaintiffs' counsel,

25  Kevin Lussier, Esq.

26       6.      Should the Fab-bag Defendants fail to voluntarily transfer the

appropriate Subject Domain Names  as required by herein within fifteen (15) days

of entry of this Order, the Subject Domain Names are hereby ordered to be

STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

BERRY & LUSSIER
A PROFESSIONAL CORPORATION

1    immediately transferred by the Fab-bag Defendant's assignees and/or successors in

2    interest or title, and/or the Registrars to Plaintiffs' control.  To the extent the then

3    current Registrars do not transfer the Subject Domain Names to Plaintiffs' control

4    within seven (7) days of receipt of a copy of this Judgment, the United States based

5    Registry shall, within thirty (30) days of receipt of a copy of this Judgment, transfer

6    the Subject Domain Names to a United States based Registrar of Plaintiffs'

7    choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs.

8         7.    Any products bearing the Plaintiffs' Respective Marks at issue in this

9    proceeding currently in the possession, custody and/or control of the Fab-bag

10   Defendants will be surrendered to Plaintiffs' counsel for destruction at the

11   Plaintiffs' instruction.

12        8.    This Court will retain continuing jurisdiction over this cause (1) to

13   construe, enforce or implement the terms of this Judgment and Permanent

14   Injunction upon application by any party; and (2) for the purpose of making any

15   orders that are necessary or proper for the construction, modification or

16   enforcement of this Judgment and Permanent Injunction, or for the punishment of

17   any violation thereof.

18   IT IS SO ORDERED:

19   DATED: November 23, 2010

20   _____
     CHRISTINA A. SNYDER
21   United States District Court Judge

22

23

24

25

26

**STIPULATED CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION**

BERRY & LUSSIER
A PROFESSIONAL CORPORATION